**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Benito FIGUEROA–FERNANDEZ,**
**Defendant–Appellant.**

No. 06–30119.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Douglas James Hill, Esq., Pierce County Prosecuting Office Dea/Tnet Task Force, Tacoma, WA, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Miriam F. Schwartz, Esq., FPDWA— Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

Before: GOODWIN, RYMER and FISHER, Circuit Judges.

MEMORANDUM **

Benito Figueroa–Fernandez appeals from his conviction and 60–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), and 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Figueroa–Fernandez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.